FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. BENSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION, a Delaware corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:16-cv-05019-GW (Ex)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION RE: CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER |

Upon consideration of the Confidentiality Agreement submitted by Plaintiff Larry A. Benson and Defendant Life Insurance Company of America, and good cause appearing thereto,

IT IS HEREBY ORDERED that the Confidentiality Agreement is approved, and the Protective Order is entered as an Order of the Court.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: 8/12/16

_____
Hon. ~~George H. Wu~~ Charles F. Eick
United States ~~District Court Judge~~
Magistrate Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

150690.1

1

Case No. 2:16-cv-05019-GW (Ex)
ORDER GRANTING STIPULATION RE:
CONFIDENTIALITY AGREEMENT AND
PROTECTIVE ORDER